# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

BRIAN HOWARD,

    Plaintiff,

v.                                        Civil Action No. 1:16-cv-0507

NISSAN MOTOR ACCEPTANCE
CORPORATION,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, BRIAN HOWARD, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BRIAN HOWARD, and Defendant, NISSAN MOTOR ACCEPTANCE CORPORATION, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2016 a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system to: all counsel of record.

                                        s/*Octavio Gomez*
                                        Octavio Gomez, Esquire
                                        Morgan & Morgan, Tampa, P.A.
                                        One Tampa City Center
                                        201 N. Franklin Street, 7th Floor
                                        Tampa, FL 33602
                                        Tele: (813) 223-5505
                                        Fax: (813) 223-5402
                                        Georgia Bar #: 617963
                                        Attorney for Plaintiff