IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN WARD,<br><br>         Plaintiff,<br><br>   v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>         Defendant. | CIVIL ACTION FILE NO.<br><br>1:16-CV-0507-TCB |

## **ORDER**

The parties having announced that this case has settled, the Court hereby DIRECTS the Clerk to administratively close the case and terminate any pending motions. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED** this 14th day of September, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.

AO 72A
(Rev.8/82)